NITED STATES DISTRICT COU
DISTRICT OF MINNESOTA
Civil No. 01-978 (MJD/JGL)

THE TRUSTEES OF THE
MINNESOTA CERAMIC TILE AND
ALLIED TRADES RETIREMENT FUND, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

HIS & HER'S CERAMIC TILE,
INC., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001;

3. The period during which the parties may seek discovery shall be completed by March 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to May 1, 2002; and

6. This case will be considered "ready for trial" as of May 1, 2002.

DATED: September 17, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed SEP 17 2001
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________