UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-978 (MJD/JGL)

MINNESOTA CERAMIC TILE, ET AL,

Plaintiffs,

v. CRDER

HIS & HER'S CERAMIC TILE, INC.,

Defendant.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retain ng jurisdiction for 30 days to permit any party to move or reopen the action, for good ca ıse shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: 6-17-02

Michael J. Davis

MICHAEL J. DAVIS
United States District Court Judge

FILED JUN 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______